IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES TSAI and
BEVERLY TSAI

       **Plaintiffs,**

    -vs-                                        No. 03-CV-543-DRH

**ORKIN EXTERMINATING
COMPANY, INC.,**

       **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiffs' Motion to Confirm and Enforce the Arbitration Award.

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs' motion is **GRANTED IN PART AND DENIED IN PART**. The Award issued by the Arbitrator is confirmed. Judgment is entered in favor of Plaintiffs **CHARLES TSAI** and **BEVERLY TSAI** and against Defendant **ORKIN EXTERMINATING COMPANY, INC**. in the sum of $461,717.54 plus prejudgment interest on the Award from August 9, 2005, to October 5, 2005, applying the Illinois state statutory interest rate under **735 ILL. COMP. STAT. 5/2-1303** and postjudgment interest applying the federal statutory interest rate, pursuant to **28 U.S.C. § 1961,** from the date judgment is entered and continuing until complete payment is properly tendered by Defendants to Plaintiffs. Plaintiffs'

request for attorneys' fees is **DENIED.**  Court maintains jurisdiction for the enforcement of this judgment.

**NORBERT G. JAWORSKI, CLERK**

October 21, 2005                                      By:  s/Patricia Brown
                                                                          Deputy Clerk

APPROVED:/s/   David RHerndon
                **U.S. DISTRICT JUDGE**